# Court of Appeals
# of the State of Georgia

ATLANTA,  December 28, 2016

*The Court of Appeals hereby passes the following order:*

## A17A0705. ROY C. COVIN v. WILMINGTON SAVINGS FUND SOCIETY, FSB.

This case began as a dispossessory proceeding in magistrate court. After the magistrate court entered judgment in favor of Wilmington Saving Fund Society, FSB, defendant Roy C. Covin appealed to the superior court. After a writ of possession was entered, Covin filed an emergency motion to vacate the writ seeking injunctive relief. The superior court denied the motion on June 3, 2016, and Covin filed a notice of appeal on June 30, 2016. We lack jurisdiction for two reasons.

First, "appeals from decisions of the superior courts reviewing decisions of lower courts by certiorari or de novo proceedings shall be by application for discretionary appeal." *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003); see also OCGA § 5-6-35 (a) (1). Because Covin did not follow the proper procedure for requesting appellate review in this case, we lack jurisdiction over this appeal.

Second, OCGA § 44-7-56 provides that an appeal from a dispossessory judgment must be filed within seven days of the date the judgment was entered. Covin, however, filed his notice of appeal 27 days after entry of the superior court order he wishes to appeal. Therefore, the appeal is untimely.

For these reasons, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,   12/28/2016          *
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*